IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLE DI LELLA

    Plaintiff,

v.

UNIVERSITY OF THE DISTRICT OF COLUMBIA
DAVID A. CLARKE SCHOOL OF LAW, et al.

    Defendants.

CASE NO. 07-cv-00747 HHK

**PRAECIPE FILING RETURNS OF SERVICE**

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the Returns of Service for each, and every, defendant in the above-captioned matter are attached and hereby filed.

Respectfully submitted,

*/s/*

Paul McDonald
875 15th Street, NW
Washington, DC 20005
(202) 551-1835

**RECEIVED**

APR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEGAL_US_E # 74962720.1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

University of the District of Columbia
David A. Clarke School of Law
4200 Connecticut Avenue, NW
Washington, DC  20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 2 6 2007
CLERK                                       DATE

_M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/27/07 |
| NAME OF SERVER (PRINT) PAUL McDONALD | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐ Served personally upon the defendant. Place where served: _____

    ☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. w/ AGENT AT PLACE OF BUSINESS

    Name of person with whom the summons and complaint were left: ELIZABETH THOMPSON
    UDC UNIVERSITY COUNSEL OFFICE

    ☐ Returned unexecuted: _____

    ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/27/07      *[signature]*
             Date              Signature of Server

           875 15th STREET, NW, WASHINGTON, DC 20005
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

Ann Bishop Richardson, Associate Dean
University of the District of Columbia
David A. Clarke School of Law
4200 Connecticut Avenue, NW
Washington, DC  20008

X  Official Capacity        ~~Individual Capacity~~

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    APR 2 6 2007
_____                _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4/27/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| PAUL MCDONALD | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: UDC SCHOOL OF LAW (PLACE OF BUSINESS)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/27/07
                    Date

Signature of Server

875 15TH STREET, NW, WASHINGTON, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

Ann Bishop Richardson, Associate Dean
University of the District of Columbia
David A. Clarke School of Law
4200 Connecticut Avenue, NW
Washington, DC  20008

  ~~Official Capacity~~    X  Individual Capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON              APR 2 6 2007
CLERK                                DATE

_/s/ M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/27/07 |
| NAME OF SERVER *(PRINT)* PAUL McDONALD | TITLE |

*Check one box below to indicate appropriate method of service*

✓ Served personally upon the defendant. Place where served: <u>UDC School of Law (Place of Business)</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL _____ | SERVICES _____ | TOTAL _____ |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *4/27/07*      *[signature]*
                   Date                Signature of Server

               825 15th Street, NW, Washington, DC 20005
                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

Susan L. Waysdorf, Professor of Law
University of the District of Columbia
David A. Clarke School of Law
4200 Connecticut Avenue, NW
Washington, DC   20008

X   Official Capacity        ___ Individual Capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ   07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    **APR 2 6 2007**

CLERK  /s/ Laura Chipley                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/27/07 |
| NAME OF SERVER (PRINT) PAUL McDONALD | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. w/ AGENT AT PLACE OF BUSINESS

Name of person with whom the summons and complaint were left: DEBORAH GIBBS
UDC SCHOOL OF LAW

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/27/07
              Date

Signature of Server

875 15TH STREET, NW, WASHINGTON, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

Susan L. Waysdorf, Professor of Law
University of the District of Columbia
David A. Clarke School of Law
4200 Connecticut Avenue, NW
Washington, DC  20008

   X  Individual Capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                APR 2 6 2007

CLERK  /s/ [signature]                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/27/07 |
| NAME OF SERVER *(PRINT)* PAUL McDONALD | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  w/ AGENT AT PLACE OF BUSINESS
   Name of person with whom the summons and complaint were left: DEBORAH GIBBS
   UDC School of Law

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/27/07
                Date        Signature of Server

805 15th Street, NW, Washington, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

Academic Standards Committee
University of the District of Columbia
David A. Clarke School of Law
4200 Connecticut Avenue, NW
Washington, DC  20008

X  Official Capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                           APR 2 6 2007

CLERK  /s/ Laura Chipley                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/27/07 |
| NAME OF SERVER (PRINT) PAUL McDONALD | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. w/ AGENT AT PLACE OF BUSINESS

Name of person with whom the summons and complaint were left: DEBORAH GIBBS
UDC SCHOOL OF LAW

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/27/07
           Date

Signature of Server

875 15TH STREET, NW, WASHINGTON, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

Academic Standards Committee
University of the District of Columbia
David A. Clarke School of Law
4200 Connecticut Avenue, NW
Washington, DC  20008

   X  Individual Capacities

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                      APR 2 6 2007

CLERK  /s/ Laura Chipley                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/27/07 |
| NAME OF SERVER (PRINT) Paul McDonald | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. w/ Agent at Place of Business

Name of person with whom the summons and complaint were left: Deborah Gibbs, UDC School of Law

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/27/07
            Date

Signature of Server

875 15th Street, NW, Washington, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

Ahmad Reed, Educational Specialist
Office for Services for Students with Disabilities
University of the District of Columbia
4200 Connecticut Avenue, NW
Washington, DC  20008

X  Official Capacity          _____ Individual Capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__NANCY MAYER-WHITTINGTON__      __APR 2 6 2007__
CLERK                                                      DATE

_/s/ M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/27/07 |
| NAME OF SERVER (PRINT) PAUL McDONALD | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. w/ AGENT AT PLACE OF BUSINESS

Name of person with whom the summons and complaint were left: Oscar Pendleton III, UDC

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/27/07
            Date

Signature of Server

875 15th Street, NW, Washington, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Di Lella

**SUMMONS IN A CIVIL CASE**

V.

University of the District of Columbia
David A. Clarke School of Law, et al.

CASE NUMBER:   07-0747 HHK

TO: (Name and address of Defendant)

Ahmad Reed, Educational Specialist
Office for Services for Students with Disabilities
University of the District of Columbia
4200 Connecticut Avenue, NW
Washington, DC  20008

~~Official Capacity~~        X  Individual Capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Di Lella, pro se
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

APR 2 6 2007

CLERK

(By) DEPUTY CLERK                        DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/27/07 |
| NAME OF SERVER (PRINT) PAUL McDONALD | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. w/ AGENT AT PLACE OF BUSINESS

Name of person with whom the summons and complaint were left: Oscar Pendleton III
UDC

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/27/07
             Date

Signature of Server

875 15th Street, NW, Washington, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.