# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nicole DI LELLA, | ) |
| | ) |
|         Plaintiff, | ) |
|   v. | ) |
| | ) |
| UNIVERSITY OF THE DISTRICT OF COLUMBIA DAVID A. CLARKE SCHOOL OF LAW, ANN BISHOP RICHARDSON, AHMAD REED, ACADEMIC STANDARDS COMMITTEE, and SUSAN L. WAYSDORF, | ) Case No. 1:07CV00747 (HHK) |
| | ) |
|         Defendants. | ) |

## APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Michael A. Johnson as counsel in this case for the University of District of Columbia David A. Clarke School of Law, Ann Bishop Richardson, Ahmad Reed, the Academic Standards Committee and Susan L. Waysdorf.

Dated: May 16, 2007

Respectfully submitted,

/s/ Michael A. Johnson
Michael A. Johnson (D.C. Bar No. 460879)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
(202) 942-5999 (fax)

*Attorneys for Defendants*

- 2 -

## **CERTIFICATE OF SERVICE**

I, Michael A. Johnson, hereby certify that on this 16th day of May 2007, I caused a copy of the foregoing Appearance to be served via first-class mail, postage prepaid, upon:

Nicole Di Lella, *pro se*
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

/s/ Michael A. Johnson
Michael A. Johnson, D.C. Bar No. 460879

- 2 -