UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Nicole DI LELLA, )
                Plaintiff, )
   v. )
)
UNIVERSITY OF THE DISTRICT OF COLUMBIA )
DAVID A. CLARKE SCHOOL OF LAW, ANN ) Case No. 1:07CV00747 (HHK)
BISHOP RICHARDSON, AHMAD REED, )
ACADEMIC STANDARDS COMMITTEE, and )
SUSAN L. WAYSDORF, )
)
                Defendants. )

---

**DEFENDANTS' UNOPPOSED MOTION
TO ENLARGE TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. Pro. 1, 6, and 12, and LCvR 7, defendants respectfully request that their time to respond to plaintiff's Complaint be enlarged such that defendants' response would be due June 15, 2007. This is defendants' first request for an enlargement of their time to respond to the Complaint. Counsel for defendants has conferred with plaintiff and her "legal advisor" regarding this request,[1] to which plaintiff has agreed. A proposed order is attached.

Good cause exists for the Court to grant this motion. Defendants only recently retained the services of the undersigned pro bono counsel, who has had no prior involvement in the matters underlying this Action. Plaintiff's Complaint pleads five causes of action,[2] and includes

---

[1] Plaintiff filed her complaint *pro se* and has represented to defendants that she is serving as her own counsel in this matter although she is receiving assistance from Paul L. McDonald, an attorney with the Washington, DC office of Paul, Hastings, Janofsky & Walker LLP. Mr. McDonald participated in the conference call during which plaintiff communicated her consent to the schedule defendants proposed.

[2] *See* Complaint at ¶¶ 57-70.

allegations of events that purportedly took place over more than three years.[3]  Accordingly, defendants' pro bono counsel must familiarize himself with an extensive record, which must be evaluated in reference to multiple statutory and common-law claims.  Defendants' counsel respectfully submits that he will be better able to submit a response to the Complaint that will assist the Court if defendants' time to respond is enlarged to June 15, 2007.  Finally, all parties have agreed to that proposed date.

Accordingly, defendants respectfully request that the Court enlarge defendants' time to respond to plaintiff's Complaint such that defendant's response would be due June 15, 2007.

Dated: May 16, 2007

Respectfully submitted,

/s/ Michael A. Johnson
Michael A. Johnson (D.C. Bar No. 460879)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
(202) 942-5999 (fax)

*Attorneys for Defendants*

---

[3] *Compare* Complaint at ¶ 13 (allegation that plaintiff "enrolled as a first-year law school student at UDC School of Law in Fall 2003") *with id.* at ¶ 56 (allegations relating to a communication that purportedly took place "[o]n March 13, 2007").

- 3 -

## CERTIFICATE OF SERVICE

I, Michael A. Johnson, hereby certify that on this 16th day of May 2007, I caused a copy of the foregoing Defendants' Unopposed Motion to Enlarge Time to Respond to Complaint to be served via first-class mail, postage prepaid, upon:

Nicole Di Lella, *pro se*
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069


/s/ Michael A. Johnson
Michael A. Johnson, D.C. Bar No. 460879

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Nicole DI LELLA,<br><br>            Plaintiff,<br><br>      v.<br><br>UNIVERSITY OF THE DISTRICT OF COLUMBIA DAVID A. CLARKE SCHOOL OF LAW, ANN BISHOP RICHARDSON, AHMAD REED, ACADEMIC STANDARDS COMMITTEE, and SUSAN L. WAYSDORF,<br><br>            Defendants. | Case No. 1:07CV00747 (HHK) |

**[PROPOSED] ORDER**
**ENLARGING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

Having read defendants' unopposed motion to enlarge defendants' time to respond to plaintiff's complaint, considered the arguments and authorities presented therein, and found them sufficient, the Court hereby grants defendants' motion for good cause shown. Defendants shall respond to plaintiff's Complaint on or before June 15, 2007.

It is so ORDERED.

_____
Henry H. Kennedy,
JUDGE