UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
Nicole DI LELLA,                                        )
                                                        )
              Plaintiff,                          )
   v.                                                   )
                                                        )
UNIVERSITY OF THE DISTRICT OF COLUMBIA                  )
DAVID A. CLARKE SCHOOL OF LAW, ANN                      ) Case No. 1:07CV00747 (HHK)
BISHOP RICHARDSON, AHMAD REED,                          )
ACADEMIC STANDARDS COMMITTEE, and                       )
SUSAN L. WAYSDORF,                                      )
                                                        )
              Defendants.                         )
_____)

**JOINT MOTION TO AMEND SCHEDULE FOR BRIEFING ON
DEFENDANTS' MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT**

      Pursuant to Fed. R. Civ. Pro. 1, 6 and 7, and L. Civ. R 7, plaintiff and defendants jointly and respectfully request that the schedule for the remaining briefing on defendants' motion to dismiss or, in the alternative, for a more definite statement be amended. The parties jointly propose that plaintiff's opposition brief be due August 6, 2007 and that defendants' reply brief be due August 27, 2007. This is the first request for an enlargement of either date, although the Court *sua sponte* established the current due date for plaintiff's opposition.

      Good cause exists for the Court to grant this motion. After defendants filed their motion, plaintiff moved her residence. Plaintiff's attention has been drawn to matters relating to the move, and plaintiff believes she would be better able to file an opposition brief that will assist the Court if the due date for her brief were extended to August 6. Defendants seek to file their reply brief three weeks later, on August 27, and believe that three weeks to prepare a reply would be fair and reasonable given that plaintiff will have had more than seven weeks to prepare her opposition to the motion. In addition, defendant's counsel of record has longstanding plans to be away on a one-week family vacation in mid-August, and respectfully submits that he will be

- 2 -

better able to submit a reply brief that will assist the Court if defendants' reply brief were due three weeks after plaintiff's opposition.

Accordingly, the parties jointly and respectfully request that the Court establish the schedule for remaining briefing on defendant's motion such that plaintiff's opposition would be due August 6, 2007 and defendants' reply would be due August 27, 2007.

Dated: July 12, 2007                    Respectfully submitted,


                                        /s/ Michael A. Johnson
                                        Michael A. Johnson (D.C. Bar No. 460879)
                                        ARNOLD & PORTER LLP
                                        555 Twelfth Street, N.W.
                                        Washington, D.C. 20004-1206
                                        (202) 942-5000
                                        (202) 942-5999 (fax)

                                            *Attorneys for Defendants*


                                        /s/ Nicole Di Lella
                                        Nicole Di Lella
                                        1881 Watchung Avenue
                                        Plainfield, NJ 07062(
                                        (908) 834-2882

                                            *Pro se Plaintiff*