UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nicole DI LELLA, )<br>)<br>            Plaintiff, )<br>     v. )<br>)<br>UNIVERSITY OF THE DISTRICT OF COLUMBIA )<br>DAVID A. CLARKE SCHOOL OF LAW, ANN BISHOP )<br>RICHARDSON, AHMAD REED, ACADEMIC )<br>STANDARDS COMMITTEE, and SUSAN L. )<br>WAYSDORF, )<br>)<br>            Defendants. )<br>) | Case No. 1:07CV00747 (HHK) |

**MOTION TO REQUEST AN ENLARGEMENT OF TIME TO COMPLETE FILING AND SERVICE OF PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT**

Pursuant to Fed. R. Civ. Pro. 6b, plaintiff respectfully requests an additional two days or until Monday, August 13th, 2007 to complete filing and service of the above referenced documents.

Plaintiff causes this motion without defense counsel's consent, but upon agreement do not oppose in the event Plaintiff delivers simultaneous service on the date of filing with the court plaintiffs response to defendants Motion to Dismiss Or For A More Definite Statement. It is also agreed that defendants have 21 days from that date to file their reply.

Good cause also exists for the Court to grant this motion. Plaintiff initiated service and filing to be effective on Monday, August 6, in accordance with the Court's schedule and SCR Civ. 4 (c) (4). Due to excusable neglect, documents were returned by mail on Wednesday, August 9th for insufficient postage. Allowing plaintiff additional time will permit her to secure a reliable and appropriate method of service to ensure this and all future filings are done in a timely, acceptable manner without further disruption to the Court and other parties.

Dated: August 9, 2007                      Respectfully submitted,

                                           _____
                                           Nicole Di Lella
                                           1881 Watchung Avenue
                                           Plainfield, NJ 07062
                                           (908) 834-2882
                                           Pro se Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nicole DI LELLA, )<br>)<br>            Plaintiff, )<br>    v. )<br>) ORDER<br>UNIVERSITY OF THE DISTRICT OF COLUMBIA )<br>DAVID A. CLARKE SCHOOL OF LAW, ANN ) Case No.  1:07CV00747 (HHK)<br>BISHOP RICHARDSON, AHMAD REED, )<br>ACADEMIC STANDARDS COMMITTEE, and )<br>SUSAN L. WAYSDORF, )<br>)<br>            Defendants. )<br>) | |

ORDER:

   Motion Requesting An Enlargement Of Time To Complete Filing And Service Of Plaintiff's Response To Defendants' Motion To Dismiss Or For A More Definite Statement is granted.

  Further

ORDERED:

  Plaintiff file such document by Monday, August 13th, 2007.


Dated: August __, 2007.




                                                              _____
                                                              The Honorable Henry K. Kennedy