**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Nicole DI LELLA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF THE DISTRICT OF COLUMBIA ) | |
| DAVID A. CLARKE SCHOOL OF LAW, ANN ) | Case No. 1:07CV00747 (HHK) |
| BISHOP RICHARDSON, AHMAD REED, ) | |
| ACADEMIC STANDARDS COMMITTEE, and ) | |
| SUSAN L. WAYSDORF, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ENLARGEMENT

Defendants do not oppose Plaintiff's requested enlargement, provided that (1) Plaintiff will serve her brief opposing defendants' motion to dismiss by fax, e-mail, or hand delivery on the same day Plaintiff files it, and (2) Defendants' reply brief is due 21 days thereafter. Plaintiffs' asserted justification for her request is deficient, however, and Defendants may oppose motions for enlargement if offered under similar circumstances in the future.

Because Plaintiff filed her motion for enlargement *after* the underlying August 6 deadline for Plaintiff's opposition brief had passed, Plaintiff bore the burden to demonstrate excusable neglect.[1] Plaintiff makes no such showing. Plaintiffs' explanation that the post office returned her submission for insufficient postage[2] cannot establish excusable neglect here — Plaintiff's brief would have been untimely even if Plaintiff had affixed sufficient postage. In a telephone conversation with Defendants' counsel on August 9 (the day Plaintiff filed her motion), Plaintiff stated unequivocally that she first deposited her brief into the mail on Monday, August 6 — the

---

[1] Fed. R. Civ. Pro. 6(b).

[2] Pl. Mot. at 1.

day the brief was due. Plaintiff's statement in her motion that she "initiated service and filing to be effective on Monday, August 6"[3] is consistent, if somewhat less direct.

Under the Federal Rules of Civil Procedure, a filing deadline is a deadline for delivery to the Clerk's office, not for deposit into the mail.[4] Plaintiff cannot plausibly claim excusable ignorance of that rule — Plaintiff has studied law herself, and also has the assistance of a "legal advisor" who is an experienced litigation attorney at the Paul Hastings firm. Plaintiff's failure to make a timely filing resulted neither from insufficient postage nor from other excusable neglect.

Even if it were assumed for the sake of argument that Plaintiff's attempt to mail her brief on the due date with insufficient postage did constitute excusable neglect, there would still be no sufficient justification for enlarging until next week the time for Plaintiff to file her brief. Plaintiff claims she will use the intervening days to "secure a reliable and appropriate method of service to ensure that this and all future filings are done in a timely and acceptable manner."[5] But Plaintiff has already "secure[d] a reliable and appropriate method" for making timely filings — she filed her motion for enlargement the same day she discussed it with Defendants' counsel. One is left to wonder why Plaintiff did not submit her brief the same way at the same time.

Nevertheless, Defendants do not oppose Plaintiffs' motion. Defendants look forward eagerly to receiving Plaintiff's opposition brief on Monday, August 13, and to filing their reply brief on Tuesday, September 4 (Monday, September 3 being Labor Day).

---

[3] Pl. Mot. at 1.

[4] *See*, *e.g.*, *Raymond v. Ameritech Corp.*, 442 F.3d 600, 604-05 (7th Cir. 2006).

[5] Pl. Mot. at 1.

- 3 -

Dated: August 10, 2007                              Respectfully submitted,


/s/ Michael A. Johnson
Michael A. Johnson (D.C. Bar No. 460879)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
(202) 942-5999 (fax)

*Attorneys for Defendants*

- 4 -

## **CERTIFICATE OF SERVICE**

      I, Michael A. Johnson, hereby certify that on this 10th day of August 2007, I caused a copy of the foregoing DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ENLARGEMENT to be served via first-class mail, postage prepaid, upon:

Nicole Di Lella, *pro se*
48 Watchung Avenue
Upper Montclair, NJ  07043
(973) 746-7069

                                           /s/ Michael A. Johnson
                                           Michael A. Johnson, D.C. Bar No. 460879