UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nicole DI LELLA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF THE DISTRICT OF COLUMBIA DAVID A. CLARKE SCHOOL OF LAW, ANN BISHOP RICHARDSON, AHMAD REED, ACADEMIC STANDARDS COMMITTEE, and SUSAN L. WAYSDORF, | ) Case No.  1:07CV00747 (HHK) |
| | ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Michael A. Johnson as counsel in this case for substituted defendant the Board of Trustees of the University of District of Columbia.

Dated: August 19, 2008

Respectfully submitted,

/s/ Michael A. Johnson
Michael A. Johnson (D.C. Bar No. 460879)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
(202) 942-5999 (fax)

*Attorneys for Defendants*

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Michael A. Johnson, hereby certify that on this 19th day of August 2008, I caused a copy of the foregoing Appearance to be served via first-class mail, postage prepaid, upon:

Nicole Di Lella, *pro se*
1881 Watchung Ave.
Plainfield, NJ 07062
(908) 834-2882

                                  /s/ Michael A. Johnson
                                  Michael A. Johnson, D.C. Bar No. 460879