**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Nicole DI LELLA, | ) |
|                Plaintiff, | ) |
|    v. | ) |
| UNIVERSITY OF THE DISTRICT OF COLUMBIA DAVID A. CLARKE SCHOOL OF LAW, ANN BISHOP RICHARDSON, AHMAD REED, ACADEMIC STANDARDS COMMITTEE, and SUSAN L. WAYSDORF, | ) Case No. 1:07CV00747 (HHK) |
|              Defendants. | ) |

**SUBSTITUTED DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

Substituted defendant Board of Trustees of the University of the District of Columbia (the "Board") respectfully requests that its time to answer, move against, or otherwise respond to plaintiff's Complaint be enlarged such that the Board's response would be due September 30, 2008. This is the Board's first request for an enlargement of its time to respond to the Complaint;[1] all other named defendants have been dismissed from (or substituted out of) the action.[2] Counsel for the Board has made diligent and repeated, but unsuccessful, attempts to confer with plaintiff regarding this request, including sending several e-mails to plaintiff's hotmail.com address and leaving repeated voicemail messages at plaintiff's home and mobile telephone numbers. Plaintiff had not responded at the time the Board submitted this Motion via the Court's ECF system. A proposed order is attached.

---

[1] Other defendants, who have since been dismissed from or substituted out of the action, previously sought and received an enlargement of their time to respond to the initial complaint.

[2] *See* Opinion and Order (August 5, 2008).

Good cause exists for the Court to grant this motion. Plaintiff did not name the Board — which is now the sole remaining defendant — as a party to this action. Indeed, although other defendants put plaintiff on notice more than a year ago that plaintiff had "neither named the proper entity as a defendant nor served it with the Complaint,"[3] plaintiff neither attempted to amend her complaint to add the Board as a defendant nor took any other action to remedy her error.[4] Accordingly, the Board was not involved in this action as a party until August 5, 2008, when the Court, *sua sponte*, substituted the Board for another defendant.[5] The Court's August 5 Opinion and Order also substantially altered the scope of the issues presented in the case, rendering many of plaintiffs' allegations irrelevant.

Since August 5, the Board has been diligently considering its options for responding to the existing Complaint, including the possibility of submitting a motion pursuant to Rule 12 and the possibility of submitting an Answer. That consideration has been slowed somewhat by the absence, due to vacations, of several individuals whose participation in the decision-making process is necessary. For example, the Board's outside counsel (undersigned counsel of record) has been away from the office seven of the ten business days since the Court issued its August 5 Opinion and Order — three for depositions in another case and five for a longstanding family vacation. In addition, the General Counsel of the University of the District of Columbia — the Board's representative in communicating with outside counsel — has been on vacation since August 11.

---

[3] Def.'s Mot. to Dismiss (June 15, 2007) at 39.

[4] *See generally* Pl.'s Comp. Supp. and Resp. to Def.'s Mot. to Dismiss (Aug. 13, 2007).

[5] *Id*. at 1 n.1.

- 3 -

Counsel and the Board are eager to proceed expeditiously and believe that the requested enlargement will permit the Board to determine a course of action that will allow the Court and the parties to proceed efficiently while protecting the Board's legal rights. Counsel respectfully submits that he and the Board will be better able to submit a response to the Complaint that will assist the Court if the Board's time to respond is enlarged to September 30, 2008.

Accordingly, the Board respectfully requests that the Court enlarge the Board's time to respond to plaintiff's Complaint to September 30, 2008.

Dated: August 19, 2008

Respectfully submitted,

/s/ Michael A. Johnson
Michael A. Johnson (D.C. Bar No. 460879)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
(202) 942-5999 (fax)

*Attorneys for Defendant Board of Trustees
of the University of the District of Columbia*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Nicole DI LELLA,<br><br>                Plaintiff,<br>    v.<br><br>UNIVERSITY OF THE DISTRICT OF COLUMBIA DAVID A. CLARKE SCHOOL OF LAW, ANN BISHOP RICHARDSON, AHMAD REED, ACADEMIC STANDARDS COMMITTEE, and SUSAN L. WAYSDORF,<br><br>                Defendants. | Case No.  1:07CV00747 (HHK) |

**[PROPOSED] ORDER
ENLARGING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

Having read substituted defendant Board of Trustees of the University of the District of Columbia's motion to enlarge its time to respond to plaintiff's complaint, considered the arguments and authorities presented therein, and found them sufficient, the Court hereby grants the motion for good cause shown.  Defendant shall respond to plaintiff's Complaint on or before September 30, 2008.

It is so ORDERED.

_____
Henry H. Kennedy,
JUDGE

- 4 -

- 5 -

## **CERTIFICATE OF SERVICE**

      I, Michael A. Johnson, hereby certify that on this 19th day of August 2008, I caused a copy of the foregoing SUBSTITUTED DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT and the accompanying PROPOSED ORDER to be served via first-class mail, postage prepaid, upon:

    Nicole Di Lella, *pro se*
    1881 Watchung Ave.
    Plainfield, NJ  07062
    (908) 834-2882

                                                            /s/ Michael A. Johnson
                                                            Michael A. Johnson, D.C. Bar No. 460879